UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22-cr-00419-SEP |
| | ) |
| STEPHEN J. THORP, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are Defendants' Motion to Dismiss Counts I & II of the Indictment, Doc. [51], Motion to Dismiss Count III of the Indictment, Doc. [52], and Motion to Suppress, Doc. [54], which were referred to United States Magistrate Judge Shirley Padmore Mensah for review pursuant to 28 U.S.C. § 636(b). Having considered Judge Mensah's Report and Recommendation in light of the parties' briefing, Docs. [51], [52], [54], [55], [56], [59], [64], [67], [75], [79], and the transcript of the evidentiary hearing held on February 27, 2024, Doc. [77], and noting the absence of any objection to the R&R,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, Doc. [78], filed April 29, 2024, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that any ruling on Defendant's Motion to Dismiss Counts I & II of the Indictment, Doc. [51], is **DEFERRED** until after trial.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Count III of the Indictment, Doc. [52], is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress, Doc. [54], is **DENIED.**

**IT IS FINALLY ORDERED** that this matter is set for trial Monday, July 8, 2024, at 9:00 AM.

Dated this 12th day of June, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE